MICHAEL F. WALDRON & another[1] vs. BOARD OF APPEAL OF
MALDEN & another.[2]   September 16, 1974.   This is an appeal from a
final decree of the Superior Court annulling a decision of the board
of appeal of the city of Malden which granted a variance for the
remodeling of a home in a residential zoning district to include a
beauty parlor.   The trial judge ruled that the board had failed to set
forth clearly the reasons for its decision as required by G. L. c. 40A,
§ 18 (see *Delgaudio* v. *Board of Appeals of Medford,* 1 Mass. App.
Ct. 850, 851 [1973]) and remanded the case to the board for that
purpose.   We believe that on this record such remand was within the
discretion of the Superior Court.   *Josephs* v. *Board of Appeals of
Brookline,* 362 Mass. 290 (1972). *Williams* v. *Building Commr. of
Boston,* 1 Mass. App. Ct. 478, 479-480 (1973). See *Allen* v. *Board of
Appeals of Fall River,* 351 Mass. 714 (1967).   The decree is to be
modified by striking out paragraphs 1 and 2 thereof and by providing
(1) that the board shall set forth clearly its reasons for granting the
variance and shall report them to the Superior Court and (2) that the
Superior Court shall retain jurisdiction of the case.   As so modified
the decree is affirmed.

*So ordered.*

*Benjamin Rudner* for the defendant Rita Hicks.

*Edward J. Bushell* (*John A. Brennan, Jr.,* with him) for the
plaintiffs.